"EXHIBIT A" Actual Innocent Claim

CHANGE OF PLEA HEARING pg.18

*Plea Hearing*

1   A      Yes, ma'am.

2           THE COURT: Did you, on or about 6 December

3   2003, knowingly and intentionally possess with intent

4   to distribute fifty grams or more of a mixture or

5   substance containing cocaine base or crack cocaine in

6   Russell County in the Middle District of Alabama?

7   A      Yes, ma'am.

8           THE COURT: And at the time you did so, did

9   you know it was unlawful to possess the controlled

10  substance that I just described?

11  A      Yes, ma'am.

12          THE COURT: As to the counts four and six did

13  you, on or about 6 December 2003, while you were

14  engaged in a drug trafficking crime that I just

15  described, possess knowingly -- I'm sorry -- used,

16  carried and possessed knowingly a firearm as described

17  in the the plea agreement?

18  A      Yes, ma'am.

19          THE COURT: Did this occur in Russell County,

20  Alabama in the Middle District of Alabama?

21  A      Yes, ma'am.

22          MS. REDMOND: Your Honor, I believe the Court

23  said "2003" while reading my typo.  It's 2002.

24          THE COURT: Thank you.  2002.

25          Mr. Jefferson, did these events occur in