Exhibit "D" "IN Futherance of" prong.
Motion to Suppress pg. 25, 35. Sentencing pg. 20

(handwritten above: 26, 47)

S.H

1  Q.  And at -- had you asked him any questions at that point?
2  A.  I asked if he had any weapons on him.
3  Q.  Did you ask him anything else about his drug activity --
4  A.  No, ma'am.
5  Q.  -- or what he was doing, anything of that nature?
6  A.  No, ma'am.
7  Q.  And you said that he made a statement at that point; is tha
8  correct?
9  A.  Yes, ma'am.
10 Q.  And what was that statement?
11 A.  That she had nothing to do with this or his wife had nothi
12 to do with this.
13 Q.  Had you placed him in handcuffs at that time?
14 A.  After that statement was made, I believe he was placed in
15 handcuffs and advised that it was for officer safety based or
16 him trying to, at one point, get to the rear of the vehicle
17 at one point, what appeared to be is him about to run.
18         MS. REDMOND:  Judge, I believe that's all the
19 government has for this witness.
20         THE COURT:  Ms. Cooper?
                    CROSS-EXAMINATION
21
22 BY MS. COOPER:
23 Q.  Mr. Whiten, you had indicated that there had been other
24 times surveillance had taken place by you or your agency or
25 Mr. Jefferson; is that correct?

S.H

```
 1  A.  Yes, ma'am.
 2  Q.  On how many occasions, to your knowledge?
 3  A.  Within the last couple of weeks leading up to this, at least
 4      six or seven times. Within the last three months, at least 30
 5      times.
 6  Q.  Could you please tell the Court what different circumstance
 7      occurred on December 6th, 2002, that caused you to approach
 8      Mr. Jefferson and the fact that you did not on the other
 9      occasions?
10  A.  On the other occasions, at that particular business there
11      was never no one in the business. It was never open. There w
12      never cars in front or persons inside the business. On that
13      particular occasion, what led to us making contact with
14      Mr. Jefferson is that -- his pulling up in the vehicle, getti
15      into the one car, seeing us, and not getting in that car and
16      trying to make it to a second car. Went to Mr. Jefferson.
17      Tried to approach Mr. Jefferson. He wouldn't let us approac
18      him by trying to get to the vehicle. If he had have fleed t
19      other direction or -- you know, it may have been different.
20      he tried to make it to the vehicle, which based on officer
21      safety and, you know, the history of Mr. Jefferson's -- the
22      history I knew of Mr. Jefferson, we made contact with him.
23  Q.  Is it your testimony of the 30 times that surveillance
24      place you never saw Mr. Jefferson?
25  A.  Not at that business.
```

S.H

1  Q. You never pulled your vehicle behind the vehicle
2  Ms. Jefferson was standing at and prevented her from leaving?
3  A. No, ma'am.
4  Q. At any point in time, did Mr. Jefferson flee?
5  A. No, ma'am.
6  Q. You stated you did not -- none of the other officers had any
7  weapons drawn; is that correct?
8  A. Yes, ma'am.
9  Q. And was Mr. Jefferson or any of the other individuals placed
10 in handcuffs prior to a frisk of their person?
11 A. No, ma'am.
12 Q. They were placed in handcuffs after they were patted down?
13 A. Yes, ma'am.
14 Q. Did you find any weapons on their person?
15 A. Not on their persons.
16 Q. Did you find any weapons in any vehicle?
17 A. Not any weapons.
18 Q. Then why did you place them in handcuffs at that point?
19 A. At the point when Mr. Jefferson was placed into handcuff
20 was when he was making the statements over to Sergeant Price
21 area that she had nothing to do with this. Based on that
22 statement and his demeanor and attempting to get to the rea
23 the vehicle, he was placed under handcuffs. While he was be
24 placed under handcuffs is when Sergeant Price yelled over a
25 to place him in handcuffs.

S.H.

1  A.  I want to say it was probably about two or three years old.
2  Maybe not that old.  A young baby, because I found -- I
3  photographed baby items I saw at the house, diapers, bottles.
4           THE COURT:  Relevance, Counsel?
5           MS. REDMOND:  It's beyond the scope of my question.
6           THE COURT:  Move on.
7           MS. REDMOND:  Thank you.  Nothing further for this
8  witness.
9           THE COURT:  Ms. Cooper?
10          MS. COOPER:  Yes, ma'am.
                      CROSS-EXAMINATION
11
12 BY MS. COOPER:
13 Q.  Agent Price, you had indicated in your testimony that you
14 had been part of a previous surveillance of Mr. Jefferson; is
15 that correct?
16 A.  Yes, ma'am.
17 Q.  On how many occasions did you surveil Mr. Jefferson?
18 A.  The business or the residence?
19 Q.  Him personally.
20 A.  We had been by -- I hadn't actually seen Mr. Jefferson
21 personally.  We tried to make a drug buy one time, and he w
22 at the residence.  And then we had been by the business se
23 several times.
24 Q.  So this incident at Head to Toe was the first time you
25 your officers had actually made physical contact with him

*Sentencing*

```
 1   wit, possession of cocaine with intent to distribute
 2   cocaine." And you're saying he wasn't indicted on the
 3   cocaine aspect of that?
 4          MS. COPPER: Yes, sir, that's my
 5   understanding.
 6          MS. REDMOND: If I may, Your Honor, I
 7   disagree fundamentally, I believe, with the position
 8   of the Defense. It is the Government's contention,
 9   Your Honor, and I believe that the record is clear,
10   that there are drugs in the business in the form of
11   trace elements found in baggies in the garbage can.
12   There are drugs found outside of the business that had
13   been driven up by the defendant. It is our
14   contention, and I think the facts or the record is
15   clear, that it is the belief of the Government that
16   that business is being used or was being used at that
17   time as a launching pad.
18          That is where the drug activity took place.
19   The Court asked us, in fact, at the last time -- at
20   the last sentencing hearing whether or not we had any
21   evidence that the house was being used to sell drugs
22   and we answered no. It is the business that is being
23   used. The gun is used in furtherance of the drug
24   trafficking crimes, specifically the drugs found in
25   the car as well as in the business. The drugs are at
```