USA
v.
Jefferson

RECEIVED
2006 JUN -1 A 9: **

6/01

3:06CV60-MHT

Dear Clerk,

Could you please send me a copy of the District Court local Rules. I would also like to inform the courts that i have had a change of address which is:

United States Penitentiary
P.O. Box 150160
Atlanta, Georgia 30315

Thank you.
W. Jefferson