IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CASE NO. 3;06cv60-T |
| WENDALL JEFFERSON, MOVANT/prose | ) | |
| | ) | |
| | ) | |

## MOTION FOR "LEAVE TO AMEND" §2255

Comes now the movant Wendall Jefferson, acting prose in the above §2255 action and respectfully now under Rule15(a()FRCIV. requesting to amend previously filed §2255 in this case.

### 1. BACKGROUND.

Jefferson filed a motion to **Vacate, SetAside or Correct Sentenc** on January 23, 2006. On January 27, 2006, this court entered a ord directing the goverment to respond within thirty(30)days, the goverment did on Febuary 27, 2006. The courts then gave Jefferson fourtheen(14)days to respond with any new issues or other arguements in this case. Jefferson now come to the courts respectfully with motion to **Amend.**

### 2. BAIS FOR AMENDINGTO §2255

Jefferson now comes to the courts with new facts and caselaw. On December 4, 2003(pg. 27 at 1-9, about 17-25) and on March 17, 2004(pg, 20 at 6-25) The goverment openly admits there was **NO!** criminal activity occured at the residence Jefferson shared with his wife even though weapons and drugs were found.

Jefferson received a twenty five year(25)enhancement under section §924(c). Jefferson has argued in his previously briefs that the goverment did not provide enough evidence that he violated the language under§924(c). THE HOUSE JUDICIARY COMITTEE explained,"the mere presence of a firearm in an area where a criminal act occurs is not sufficent basis for imposing this particular mandatory sentence".cited in US. vs.Timmons 283 F3d as well in Finley,245F3d,"there must be a showing of some nexus between the firearm and drug selling operation".Jefferson new caselaw comes from78clr294,United States vs.Rios,nNO. 05-50000,6/2/06"where there was no criminal activity at defendants home but weapon found along with drug documents ,but was insufficient to convict." JUDGE MARSHA S.BERZON quoted"The presence of a firearm in some proximity to collateral of a drug crime but far from the locus of drug activities does not establish the **requisite nexus.**"

### 3.APPLICABLE LAW

In Mayle VS.Felix 162 Led2d 587(2005)"petitioner filed an amen petition in whic he added a new claim for relief eight months after a federal courts applied him a new counsel.**FEDERAL RULE OF CIVIL PROCEDURE 15(a)**"allows pleading amendents with "leave of court"any time during a proceeding.

### CONCLUSION

Jefferson prays that this courts respectfully accepts his motion and the facts he have claim.

RESPECTFULLY,

WENDALL JEFFERSON

X [signature]

## CERTIFICATE OF SERVICE

I hereby certify that on November 15,2006,a copy of this motion was filed to the clerk of the courts and also to Assistant Untied States Attorney **SUSAN R.REDMOND**

Respectfully

Wendall Jefferson

X *(signature)*