IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:06cv60-MHT-WC |
| WENDALL JEFFERSON | ) | |

**ORDER ON MOTION**

On December 8, 2006 (Doc. No. 9), the movant, Wendall Jefferson, filed a pleading styled as a "Motion for 'Leave to Amend' § 2255." The court construes this pleading to be a motion to supplement with additional facts and case law. Upon consideration of the motion for leave to supplement, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 14th day of December, 2006.

                     /s/Wallace Capel, Jr.
                     WALLACE CAPEL, JR.
                     UNITED STATES MAGISTRATE JUDGE