IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDALL JEFFERSON, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) NO. 3:06-CV-60-MHT-TFM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On December 14, 2007, the Magistrate Judge granted Movant leave to amend his Motion to Vacate, Set Aside, or Correct sentence filed pursuant to 28 U.S.C. § 2255. The court now sets April 5, 2007, as the date by which Movant must file the amended motion, together with any supplementary facts and/or case law.

It is so ORDERED.

Done this 6th day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE