IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

Eastern Division

| | | |
|---|---|---|
| Wendall Jefferson, | § | Cause No. <u>3:06-CV-60-MHT-TFM</u> |
| Movant, | § | |
| | § | |
| | § | |
| Vs. | § | |
| | § | |
| | § | |
| | § | |
| United States of AMERICA, | § | |
| Respondents. | § | |
| | § | |

MOTION FOR CLARIFICATION THE COURT'S ORDER OF
MARCH 6, 2007

---

     **COMES NOW Wendall Jefferson,** hereinafter 'Movant' in the above-styled action seeking clarification of this Court's order dated March 6th, 2007. Therein the Court inadvertently alluded to the fact that on [December 14, 2007] that the Court granted Movant leave pursuant to Rule 15 of the Rules of Civil Procedure to amend his initial 28 USC § 2255 currently pending before this Court. Most notably and in an abundance of caution December 2007 has yet to arrive?

     Nevertheless, Movant merely seeks clarification of the order in which the Court set April 5th, 2007 as the date which Movant must file the amended motion. <u>Id</u>.

     In the case bar, Movant wishes to bring to this Court's attention that the Court has already received Movant's amended pleadings back in December 2006. Afterall was that not the premise of the March 6th, 2007 order? <u>Id</u>.

-2-

In sum, Movant does not understand nor fully comprehend what other amended motion the Honorable Court could possibly be referring to?

### RELIEF REQUESTED

**WHEREFORE,** the Movant Wendall Jefferson respectfully urges the Honorable Court to grant the instant petition forthwit.

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the instant motion was served on the US Attorneys Office, BOX 197, Montgomery, AL 36101, on this **12th,** day of **March 2007,** by handing the said document over to the prison officials here at USP-Atlanta, P.O. BOX 150160, Atlanta, GA 30315, with first class postage prepaid in full and addressed correctly herein.


WJ/lamf

CC: File

Respectfully submitted,

Wendall Jefferson
# 11199 - 002
USP-Atlanta
BOX 150160
Altanta, GA 30315

Wardell Jefferson 11194-002
UNITED STATES PENITENTIARY
P.O. BOX 150160
ATLANTA, GEORGIA 30315

36101+0711

ATLANTA GA 303
13 MAR 2007 PM 3 T



Office of the Clerk
Debra Hackett
p.o. Box 711
Montgomery, AL 36101