IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDALL JEFFERSON, | ) |
| | ) |
|     Movant, | ) |
| | ) |
| v. | ) NO. 3:06-CV-60-MHT-TFM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

**ORDER**

Movant has filed a *Motion for Clarification* (Doc. #12), of the Order issued by this court on March 6, 2007, (Doc. #11). That Order set April 5, 2007, as the date by which Movant must file his amended motion under § 2255 , together with any supplementary facts and/or case law.

Movant informs the court that his *Motion for Leave to Amend,* (Doc. #9, December 8, 2006), was accompanied by the additional facts and case law to support his existing claim of actual innocence as to 18 U.S.C. § 924(c). The court will now consider Movant's claims to be fully submitted to the court, and Movant may disregard the previously set deadline of April 5, 2007.

It is so ORDERED.

Done this 19th day of March, 2007.

                                              /s/Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE