IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDALL JEFFERSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) NO. 3:06-CV-60-MHT-TFM ) ) WO |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 14, 2007 (Doc. #14), said Recommendation is hereby adopted and it is the is the

ORDER, JUDGMENT and DECREE that:

1. The petition for relief pursuant to 28 U.S.C. § 2255 is denied, as petitioner has failed to demonstrate he is entitled to relief on any of his claims.

2. This case be dismissed with prejudice.

DONE, this the 5th day of June, 2007.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE