IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WENDALL JEFFERSON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) NO. 3:06-CV-60-MHT-TFM |
| | )       WO |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

# **JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondent and against the petitioner, and that this action is dismissed.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of June, 2007.

                                                /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE