| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>C. Richardson |
| 1. Article Addressed to:<br><br>Wendall Jefferson, 11119-002<br>USP -- Atlanta<br>U S Penitentiary<br>PO Box 150160<br>Atlanta, GA 30315 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:06CV60<br>#18 Opinion & Order |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0005 4873 9174 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540