IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(Eastern Division)

| | |
|---|---|
| **Wendall JEFFERSON,** § Cause No. <u>3:06-CV-60-MHT</u> | |
| Petitioner, § | |
| § | |
| Vs. § | |
| § | |
| § | |
| UNITED STATES OF America, § | |
| Respondents. § Motion for Time Extension. | |

## MOTION FOR TIME EXTENSION

**COMES NOW Wnedall JEFFERSON,** hereinafter 'Petitioner' acting <u>pro se</u>, and in light of this Honorable Court's "Opinion and Order" filed [June 21st, 2007] therein ordering petitioner to respond to the magistrate's recommendation entered on May 14, 2007. <u>See</u> Doc. 18-1, para. (3)(Petitioner Jefferson is allowed until July 9, 2007, to file his objections to the recommendation entered on May 14, 2007 (Doc. no. 14)).

Under this approach, as ordered, petitioner cannot respond to <u>Doc. 14</u>, by July 9th, 2007 as ordered because petitioner is yet to receive a copy thereof from which to respond.

Thus, petitioner respectfully urges this Honorable Court to extend the time in which he was ordered to respond to Doc. 14, until, he receives a copy thereof from which to respond to. <u>Id</u>.

Accordingly, this Honorable Court should extend the time in which it ordered Petitioner to respond to Doc. 14, since he still <u>has</u> <u>not</u> received a copy.

## CERTIFICATE OF SERVICE

This certifies that I have on this **2nd** day of **July 2007,** placed a true and exact copy of the

MOTION FOR TIME EXTENSION

in the US Mails, by handing such document over to the prison officials here at USP-Atlanta with first class postage prepaid in full addressed correctly to:

| | |
|---|---|
| US Attorneys Office<br>BOX 197<br>Montgomery, AL 36101 | Respectfully submitted,<br><br>*Wendall Jefferson*<br>WENDALL JEFFERSON<br>#11199-002<br>USP-Atlanta<br>BOX 150160<br>Atlanta, GA 30315 |

**WJ/gimj**

CC: File

MAILBOX Rule:

<u>Houston v. Lack</u>, 487 US 266 (1988).

---

Jefferson, would like for this Honorable Court to know that he did not receive the Docket (no. 18) order filed on June 21, 2007 until June 29, 2007 hand delivered by his unit manager. However because of the delay between the days he will not make the July 9th 2007 deadline ordered by District Judge on June 21, 2007 (Docket 18th) to file objections to the May 14, 2007 (Doc #14) order. SEE Exhibit A

Exhibit A



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

Delivered on
June 29, 2007 by Y. Parks
@ 7:30 am Deborah P.
D unit mgr. 205-210
11199-002

7006 2760 0005 4873

CERTIFIED MAIL

US OFFICIAL MAIL
$300 PENALTY
FOR PRIVATE USE

D-1

Hasler
016H16504111
Mailed From 36104
06/21/2007
$05.21
US POSTAGE



Wendall Jefferson 11194-002
P.O. Box 150160
Atlanta, GA 36315
United States Penitentiary

Office of the clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101

LEGAL MAIL