IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:06cv60-MHT |
| WENDALL JEFFERSON | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file objections to the Recommendation of the Magistrate Judge filed by Wendall Jefferson on July 9, 2007 (Doc. No. 20), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Jefferson be and is hereby GRANTED an extension from July 9, 2007, to and including July 23, 2007, to file his objections to the Recommendation entered on May 14, 2007.

The CLERK is DIRECTED to provide Jefferson with a copy of the Recommendation entered on May 14, 2007.

Done this 10th day of July, 2007.

      /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

.