RECEIVED
2007 AUG 23 A 9:48
EBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Wendall Jefferson
11199-002
P.O.Box 150160
Atlanta,Ga 30315

August 28,2007

03cr63-MHT
06cv60

The HONORABLE Myron H.Thompson
District Court Judge:


Dear UHonor i am writing this letter in reference to my sentence and the things i have been doing since my incarceration to make me a better person.I have completed numerous of programs,programs which would be a help to me on the outside to become a better person in society,mainly to support my family.I have great regret for the things i have done and i would like to bring to your attention that 30yrs for a firearms that wasnt used in any part of the crimes.There are many cases for worst thatn mines that only received a two point enhancement instead of the 924(C). Do to my incarceration my son now who is 5yrs old is totally out of control and he always ask me when am i coming home thats very hard and i keep hope alive and tell him that things will work out for the best and that i will be home soon.Theres was alot of covering up in my case that why the prosecutor came with the threats,the agents lied about manys things,i was no angel judge but i did not hqave does guns to protect any drugs i just want fairness and another chance to make th9ings right with my family and my self most of allowing God to really give me a change of heart  for the wrongs things and knowing that i can make it the right way in the world.UHonor i only ask for a fair chance at proving my innocence for the firearms,whats makes my case different from united States vs.FUENTES11ct or united states vs.cooper 113f3d .Also Judge there were two case i forgot to apply to my 2255 that would work in my favor if you would look into them United States vs.Audain 254 f3d 1286, Untied States vs.stalling 463 F3D 1220 both 11ct.
UHonor i never mention what Mr.Conly said to me when he came to  interview me at montogemry city jail for the presentence report,after the fact he and ms.redmon both told me and i sign for the plea with the 10 yr enhancement for count 6,he said the for count six(6) i would be 25yrs instead of 10yrs, i said that you both said ten yrs he said well things haved changed and because i didnt do any serious time on my other charges he was going to make sure that  about the time i get out i would be able for social security and that his daughter would be i college.To me it seems that Mr.conly took it upon himself to do these changes and to make make sure that i received the worst sentence possible just as he said at my sentencing.UHonor i know that you are a fair and just man who abides by the book

I also know that gods grant all of us the wisdom and knowledge to know when something is not right,i have taking your advice to better myself and really find me you are a role modle to alot of people if just would open there eyes to see that you are a blessing to many of us who come to you in honesty,i would love to be with my son and lead him to a better life thsan the one i had,i dont mine doing the time but just give me what i surrpose to have and by law judge i am totally innocence of violating the 924(c) statue. UHonor i pray that God continue to bless you upon your seatin the court room.

respctfully,
wendall Jefferson

Wendall Jefferson 11199-002
P.O. Box 150160
Atlanta, GA 30315

ATLANTA GA 303
21 AUG 2007 PM 7 T

UHonorable Myron H. Thompson
P.O. Box 711
Montgomery, AL 36101