IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WENDALL JEFFERSON, pro'se

VS.

UNITED STATES OF AMERICA,

CASE.NO 3:06 CV-00060-MHT

MOTION UNDER RULE 15 (c)(2)
"RELATION BACK OF AMENDMENTS."

---

Comes, now movant Wendall Jefferson, acting pro'se, in the above style motion seeking this Honorable court request to relate back to the proceeding involving his counts for 924(c). Jefferson asserts that the issue he is raising arose from the conduct arising from his pleadings prior form sentencing, and also his direct appeal and 2255. Jefferson contents that had not the Probation Officer(PSI), misadvised the district judge about the defendant receving a departure base on substanial assistance under §5k1.1 for the 924(c) mandatory minimum. see Dkt.5-4 pg.10 at 20-25 and pg.11 at 1-14, where presentence officer clearly states to the judge that the 5k1.1 motion does not effecct the 924(c) to his knowledge. The District Judge did ask the goverment how does the assistances help the defendant, id.atDkt 5-4,pg,10at 20-25. Jefferson contends had not theprobation officer misadvised the sentencing Judge, the judge may have departed below the mandatory minmimum sentences under 924(c).

Jefferson contends that the district Court have the right to depart form the mandatory minmimum sentence based on motion filed by goverment under 5k1.1, is the judge discretion.

see,United States VS.Beckett996 F2d 75 5th cir,"where prosecutor moved for downward departure under 5k1.1 for guideline,based on substantial asstantance ,the district court was authorized to depart below the statuory minimum sentence imposed by 18 U.S.C.924(c),see also U.S. vs.Chavarria-Hernara 15 f3d 1036 11ct 1994)"District court reduced sentence below manadataroy minimimum". The application of law to sentencing issues is subject to de novo review ,see united States Vs. Robinson 935 F2d 201,203,11ct 1991. The Sentencing Judge in Jefferson case did have the right to depart below the statutory minimum sentence following a goverment motion pursuant to §5k1.1.see,United States  VS.Pippen,903 F2d 1478,1485-86,(11th cir 1990)(goverment has no control over the extent of departure after 5K1.1 motion).

Relief Granted

The Defendant ask this Honorable court to accept the above style motion and grant the argue at hand into pleading with the issues already in arguement in light of Mayle VS. Felix 545 U.S. 644, 162 LED 2d 582"entitling defendant to present new issues from teh same conduc t,transaction of occurrence".

WJ±MSML
CC: file

RESPECTFULLY SUBMITTED,

*Wendell Jeff* (signature)

WENDALL JEFFERSON 11199-002
U.S.P. ATLANTA
P.O.BOX150160
Atlanta,Ga 30315

CERTIFICATE OF SERVICE

I hereby certfy that a true and exact copy of the instant motion was served on the U.S. Attorneys Office,Box 197,Montgomery,AL 36101, on this 8th ,day of November,07,by handing the said documet over to the pison officials here at USP Atlanta,P.O.Box 150160, Atlanta,Ga 30315,with first class postage prepaid in full and addressed correctly herein.

wj/msml

cc:FILE

RESPECFULLY SUBMITTED

*Wendall Jefferson*

WENDALL JEFFERSON 11199-002
USP-Atlanta
P.O.Box 150160
Atlanta,Ga 30315



Wendell Jefferson 11199-002
P.O. Box 150160
Atlanta, GA 30315
United States Penitentiary

United States District Court
P.O. Box 711
Montgomery, AL 36101

"Legal Mail"