IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDALL JEFFERSON, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv60-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Respondent. ) | |

ORDER

It is ORDERED that the motion to alter or amend judgment (Doc. No. 26) is denied.

DONE, this the 28th day of November, 2007.


          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE