IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDALL JEFFERSON,           )<br>                              )<br>    Petitioner,              )<br>                              )<br>    v.                        )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>    Respondent.               ) | CIVIL ACTION NO.<br>  3:06cv60-MHT |

### ORDER

It is ORDERED that the motion for relation back (Doc. No. 27) is denied.

DONE, this the 28th day of November, 2007.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE