IN THE UNITED STATES DISTRICT COURT
FGOR THE MIDDLE DISTRICT OF ALABAMA
(EASTERN DIVISION)

WENDALL JEFFERSON
   PETITIONER,

VS.

Case NO .3:06-CV-60-MHT
                (WO)

UNITED STATES OF AMERICA
   RESPONDENTS.

NOTICE OF APPEAL.

NOTICE OF APPEAL

**Comes Now Wendall Jefferson,** hereinafter "Petitioner" acting pro persona' hereby puts this Court on notice of his intent to appeal the Court's August 27th, 2007, denial of his 28 USC§ 2255 which was premised upon "extrinsic evidence", thus, seeking a COA under 28 USC § 2253(c) petitioner files this instant notice of appeal.

Upon this Honorable Courts decision on defendant's motion under 59(e), on November 28, 2007, movant seek a COA under 28 U.S.C. § 2253(c). (Doc.No26).

## CERTIFICATE OF SERVICE

This certifies that on this 4 day of December 2007, that I placed a true and exact copy of the

### NOTICE OF APPEAL

in the US Mails with first-class postage prepaid in full by handing said document over to prison officials here at USP-Atlanta to be mailed to this Court and addressed correctly herein to:

| | |
|---|---|
| US Attorneys Office<br>P.O. BOX 197<br>Montgomery, AL 36101 | Respectfully submitted,<br><br>*Wendall Jefferson*<br>Wendall JEFFERSON<br>#11199-002<br>USP-Atlanta<br>BOX 150160<br>Atlanta, GA 30315 |
| WJ/gimj | |

MAILBOX Rule:

Houston v. Lack, 487 US 266 (1988)(prisoner's pleadings are deemed once handed over to prison officials for mailing to court.)

cc: File

United States Penitentiary
Wendall Jefferson 11198-002
P.O. Box 150160
Atlanta, GA 30315

ATLANTA GA 303
06 DEC 2007 PM 6 T



36101+0711

United States District Clerk
~~United States District Court~~
P.O. Box 711
Montgomery, AL 36101