# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**　　　　　　　　　　　　　　　　　　　　　　　　**TELEPHONE**
　CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(334) 954-3610

**December 10, 2007**

Mr. Thomas K. Kahn, Clerk　　　　　　　　　　USDC No. CV-06-T-00060-E
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW　　　　　　　　　　　　USCA No. _____
Atlanta, GA   30303

IN RE: UNITED STATES OF AMERICA V. WENDALL JEFFERSON

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, ___ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
_X_ No           Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___ IFP _X_ ; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;__Yes, _X_ No:_____Date , Receipt#_____
___Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
　　　　　　　　___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
　　　　　　　　___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
　　　　　　　　___Exhibits:___Envelope
　　　　　　　　___Volume (s) of Original Papers

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　DEBRA P. HACKETT, CLERK

　　　　　　　　　　　　By:   Donna M. Norfleet
　　　　　　　　　　　　　　　Deputy Clerk