IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDALL JEFFERSON,  )<br>  )<br>  Petitioner,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>  Respondent.  ) | CIVIL ACTION NO.<br>3:06cv60-MHT |

### ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. No. 30), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 11th day of December, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**