Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

December 14, 2007

**Appeal Number: 07-15784-A**
Case Style: Wendall Jefferson v. USA
District Court Number:  06-00060 CV-T-E

TO:   Wendall Jefferson (11199-002)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Susan Redmond

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 14, 2007

Wendall Jefferson (11199-002)
Atlanta USP
601 MCDONOUGH BLVD SE
PO BOX 150160
ATLANTA  GA  30315-0160

**Appeal Number: 07-15784-A**
Case Style: Wendall Jefferson v. USA
District Court Number:  06-00060 CV-T-E
SECONDARY CASE NO: 03-00063-CR-T-E

The referenced case has been docketed in this court.  Please use the appellate docket number noted above when making inquiries.  Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you of further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules.  The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first.  The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form.  Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system.  If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report.  Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate.  You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir R. 46-1, et seq.  An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date.  In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date.  Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form.  See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

c: District Court Clerk

Encl.

HAB-1 (11-2007)

**07-15784A**

*(U.S. COURT OF APPEALS RECEIVED CLERK DEC 13 2007 ATLANTA, GA.)*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

December 10, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-06-T-00060-E

USCA No. _____

IN RE: UNITED STATES OF AMERICA V. WENDALL JEFFERSON

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, ___ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___ Yes, The Court Reporter(s) is/are:
_X_ No                  Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
_X_ IFP _X_; and/or APPEALABILITY/CPC is pending in this Court.
___ Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;__Yes,_X_ No:_____Date , Receipt#_____
___ Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.
___ Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___ Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___ This is a DEATH PENALTY appeal.

---

Certified record on appeal consisting of:
  ___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
  ___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
  ___Exhibits:____Envelope
  ___Volume (s) of Original Papers

---

Sincerely,

DEBRA P. HACKETT, CLERK

By:    Donna M. Norfleet
       Deputy Clerk