Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

April 03, 2008

**Appeal Number: 07-15784-A**
Case Style: Wendall Jefferson v. USA
District Court Number: 06-00060 CV-T-E (03-00063-CR-T-E)

TO:   Wendall Jefferson (11199-002)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Susan Redmond

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 03, 2008

Wendall Jefferson (11199-002)
Atlanta USP
601 MCDONOUGH BLVD SE
PO BOX 150160
ATLANTA  GA  30315-0160

**Appeal Number: 07-15784-A**
Case Style: Wendall Jefferson v. USA
District Court Number:  06-00060  CV-T-E (03-00063-CR-T-E)

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-15784-A

WENDALL JEFFERSON,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before: **CARNES and BARKETT, Circuit Judges.**

BY THE COURT:

Appellant has filed a "petition for rehearing," which we construe as a motion for reconsideration of this Court's order dated February 14, 2008. Upon reconsideration, appellant's motion for a certificate of appealability, as construed from the notice of appeal, is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. § 2253(c)(2); Fed.R.Civ.P. 15(c)(1)(B); Slack v. McDaniel, 520 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); Strickland v. Washington, 466 U.S. 668, 686, 104 S.Ct. 2052, 2063, 80 L.Ed.2d 674 (1984); United States v. Montano, 398 F.3d 1276, 1279-80 (11th Cir. 2005).

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.